# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY C. BRADLEY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 20-CV-1016** |
| | : | |
| **PHILA. POLICE DEPT,,** *et al.*, | : | |
|     **Defendants.** | : | |

| | | |
|---|---|---|
| **RODNEY C. BRADLEY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 20-CV-1017** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
|     **Defendants.** | : | |

| | | |
|---|---|---|
| **RODNEY C. BRADLEY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 20-CV-1019** |
| | : | |
| **PHILA. POLICE DEPT.,** | : | |
|     **Defendant.** | : | |

| | | |
|---|---|---|
| **RODNEY C. BRADLEY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 20-CV-1020** |
| | : | |
| **DIST. COUNCIL #47,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 24th day of March, 2020, upon consideration of Plaintiff Rodney C. Bradley's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1), Complaints (ECF Nos. 2), and Letter requests for counsel filed in the above cases, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915 in Civil Action Numbers 20-1016, 20-1017, 20-1019, and 20-1020.

2. The Complaints in these cases are **DEEMED** filed.

3. The Complaints in these cases are all **DISMISSED** for the reasons in the Court's accompanying Memorandum as follows:

    a. Bradley's claims against the Philadelphia Police Department and the Philadelphia District Attorney's Office are **DISMISSED WITH PREJUDICE**;

    b. Bradley's remaining claims are **DISMISSED WITHOUT PREJUDICE** to Bradley filing a consolidated amended complaint in Civil Action Number 20-1016 only.

4. Bradley may file a consolidated amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Bradley's claims against each defendant, and shall be filed in Civil Action Number 20-1016. Bradley shall no file amended complaints in Civil Action Numbers 20-1017, 20-1019, and 20-1020. If Bradley files an amended complaint in 20-1016, the amended complaint shall be a complete document that does not rely on his prior complaints or other papers filed in these cases to state a claim. When drafting his amended complaint, Bradley

should be mindful of the Court's reasons for dismissing the claims in his initial Complaints as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. Bradley may use the standard form for filing a civil rights action available on the Court's website, available here https://www.paed.uscourts.gov/documents/forms/frmc1983f.pdf, to file his amended complaint if he chooses to do so. Bradley is reminded to write the civil action number, 20-1016 on his amended complaint.

6. The Clerk of Court shall **CLOSE** Civil Action Numbers 20-1017, 20-1019, and 20-1020.

7. If Bradley fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**